IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PARALLEL IRON, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 12-121 (RGA) |
| | ) |
| HORTONWORKS, INC., | ) |
| | ) |
| Defendant. | ) |

### HORTONWORKS, INC.'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Hortonworks, Inc., discloses that the following publicly held corporation owns 10% or more of Defendant's stock: Yahoo! Inc.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Jack B. Blumenfeld

Jack B. Blumenfeld (#1014)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com

*Attorneys for Defendant Hortonworks, Inc.*

OF COUNSEL:

Michael G. Rhodes
Jeffrey Norberg
COOLEY LLP
101 California Street
5th Floor
San Francisco, CA 94111
(415) 693-2000

Benjamin G. Damstedt
COOLEY LLP
Five Palo Alto Square
Palo Alto, CA 94306
(650) 843-5000

April 9, 2012

## CERTIFICATE OF SERVICE

I hereby certify that on April 9, 2012, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on April 9, 2012, upon the following in the manner indicated:

| | |
|---|---|
| Richard D. Kirk, Esquire<br>Stephen B. Brauerman, Esquire<br>BAYARD, P.A.<br>222 Delaware Avenue<br>Suite 900<br>Wilmington, DE  19801 | *VIA ELECTRONIC MAIL* |
| Mark L. Hogge, Esquire<br>Shailendra Maheshwari, Esquire<br>SNR DENTON US LLP<br>1301 K Street, N.W.<br>Suite 600<br>East Tower<br>Washington, DC  20005 | *VIA ELECTRONIC MAIL* |
| Steven M. Geiszler, Esquire<br>SNR DENTON US LLP<br>2000 McKinney Avenue<br>Suite 1900<br>Dallas, TX  75201-1858 | *VIA ELECTRONIC MAIL* |

/s/ Jack B. Blumenfeld
Jack B. Blumenfeld (#1014)