**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **PARALLEL IRON, LLC**<br><br>　　　　　　　　**Plaintiff,**<br><br>　　v.<br><br>**HORTONWORKS, INC.,**<br><br>　　　　　　　　**Defendant.** | C.A. No. 12-121 (RGA) |

### STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED, subject to the approval of the Court, that pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, Plaintiff Parallel Iron, LLC hereby stipulates and agrees to the dismissal, with prejudice as to the asserted U.S. Patent No. 7,415,565, of all claims in the above action against Defendant Hortonworks, Inc.  The parties shall bear their own costs and attorneys' fees.

- 2 -

| | |
|---|---|
| BAYARD, P.A. | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| /s/ Stephen B. Brauerman | /s/ Jack B. Blumenfeld |
| Richard D. Kirk (rk0922) | Jack B. Blumenfeld (#1014) |
| Stephen B. Brauerman (sb4952) | Rodger D. Smith II (#3778) |
| Vanessa R. Tiradentes (vt5398) | 1201 North Market Street |
| 222 Delaware Avenue, Suite 900 | P.O. Box 1347 |
| P.O. Box 25130 | Wilmington, DE 19899 |
| Wilmington, DE 19899 | (302) 658-9200 |
| (302) 655-5000 | jblumenfeld@mnat.com |
| rkirk@bayardlaw.com | rsmith@mnat.com |
| sbrauerman@bayardlaw.com | |
| vtiradentes@bayardlaw.com | |
| OF COUNSEL: | OF COUNSEL: |
| SNR DENTON US LLP | COOLEY LLP |
| Mark L. Hogge | Michael G. Rhodes |
| Shailendra Maheshwari | Jeffrey Norberg |
| 1301 K Street, N.W. | 101 California Street |
| Suite 600, East Tower | 5th Floor |
| Washington, DC 20005-3364 | San Francisco, CA 94111 |
| (202) 408-6400 | (415) 693-2000 |
| mark.hogge@snrdenton.com | |
| shailendra.maheshwari@snrdenton.com | Benjamin G. Damstedt |
| | Five Palo Alto Square |
| Steven M. Geiszler | Palo Alto, CA 94306 |
| 2000 McKinney Avenue, Suite 1900 | (650) 843-5000 |
| Dallas, TX 75201-1858 | |
| (214) 259-0900 | *Attorneys for Hortonworks, Inc..* |
| steven.geiszler@snrdenton.com | |

*Attorneys for Plaintiff Parallel Iron, LLC*

June 1, 2012

    IT IS SO ORDERED this ___ day of _____, 2012.

                                          _____

                                          United States District Judge